UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>      *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,<br><br>      *Defendants*. | Case No. 25-2263 (ACR) |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff American Oversight, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process was effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services, U.S. Department of Labor, U.S. Department of the Treasury, Internal Revenue Service, and Consumer Financial Protection Bureau in the above-captioned matter.

Dated: September 30, 2025

Respectfully submitted,

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
Jessica Jensen
D.C. Bar No. 1048305
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
elizabeth.haddix@americanoversight.org
*Counsel for Plaintiff*

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>               *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,<br><br>               *Defendants.* | Case No. 25-2263 (ACR) |

### DECLARATION OF SERVICE

I, MARIUXI PINTADO, hereby declare as follows:

1.    I am employed as paralegal at American Oversight.

2.    On July 16, 2025, American Oversight filed a complaint in the above-captioned matter in the U.S. District Court for the District of Columbia. On July 17, 2025, the court issued signed summons for the U.S. Attorney for District of Columbia, the U.S. Attorney General and Defendants U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services, U.S. Department of Labor, U.S. Department of the Treasury, Internal Revenue Service, and Consumer Financial Protection Bureau.

3.    On July 17, 2025, I served the issued summonses, and copies of the complaint and exhibits on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services, U.S. Department of Labor, U.S. Department of the Treasury, Internal Revenue Service, and Consumer Financial Protection Bureau. Service was effected by email, read receipt and

1

delivery receipt requested, to the U.S. Attorney for the District of Columbia. *See* attached Ex. A. Service was effected by Certified U.S. Mail, First-Class, return-receipt requested to the U.S. Attorney General and Defendants U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services, U.S. Department of Labor, U.S. Department of the Treasury, Internal Revenue Service, and Consumer Financial Protection Bureau.

4. According to an email confirmation response from USADC-ServiceCivil@usa.doj.gov, service of process was effected on the U.S. Attorney for the District of Columbia, c/o Civil Process Clerk, 555 4th Street NW, Washington, DC 20530, on July 17, 2025. *See* Ex. A.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2025

_____
Mariuxi Pintado