IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| *Plaintiff*, | ) ) ) ) |
| v. | ) Case No. 25-cv-2263 (ACR) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et. al.* | ) ) ) ) |
| *Defendants*. | ) |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's September 17, 2025, Minute Order, Plaintiff American Oversight submits this Plaintiff's Status Report in this Freedom of Information Act ("FOIA") case, with the understanding that the submission of joint status reports will resume following the conclusion of the current government shutdown.[1]

This case involves six FOIA requests Plaintiff submitted on March 12, 2025 to Defendants U.S. Department of Health and Human Services (HHS), the Centers for Medicare and Medicaid Services (CMS), the U.S. Department of Labor (DOL), the U.S. Department of the Treasury (Treasury), the Internal Revenue Service (IRS) and the Consumer Financial Protection Bureau (CFPB) under FOIA, 5 U.S.C. § 552, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and

---

[1] On September 17, 2025, Plaintiff and Defendants were ordered to submit a Joint Status Report on or before October 2, 2025. *See* Min. Order (Sept. 17, 2025). However, Plaintiff is aware that because of the government shutdown, counsel for defendants "are generally prohibited, with limited exceptions, from working during the pendency of the lapse in appropriations, even on a voluntary basis," and that statutory deadlines for deadlines for government defendants in civil matters have been tolled accordingly. *See* Standing Order No. 25-55 (Oct. 1, 2025) (Boasberg, C.J.), *available at* https://www.dcd.uscourts.gov/sites/dcd/files/Executive%20Order%2025-55.pdf. Plaintiff files its status report to meet its own obligations to comply with the Court's Sept. 17 order.

1

2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA. The requests all sought the same records from each agency defendant: "Records sufficient to identify the names and titles of all individuals selected by your agency to serve on your agency's DOGE team." Compl. ¶ 77, 88, ECF No. 1, and Ex. A, ECF No. 2-1, and Ex. B, ECF No. 2-2.

After the lawsuit was filed, Defendants HHS, DOL, Treasury, IRS and CFPB produced some responsive records. By letter dated September 12, 2025, Defendant CMS notified Plaintiff that it was "unable to locate any records responsive to [Plaintiff's] request." In subsequent follow-up correspondence between counsel, Defendants' counsel stated that CMS has no responsive records because CMS has no DOGE Team. Plaintiff has requested further information from Defendant CMS related to that statement. Counsel for the parties conferred briefly on September 30, 2025, in preparation for their first Joint Status Report pursuant to the Court's September 17, 2025 order, but the parties were unable to complete a joint status report due to Defendants' counsel being furloughed.

In his order, Chief Judge Boasberg ordered that deadlines imposed on the government "be extended by the number of days equal in length (in days) of the lapse in appropriations plus ten days," or, "if the lapse is seven days or fewer. . . the number of days equal to the length (in days) of the lapse of appropriations plus five days." Standing Order No. 25-55 ¶ 1. Plaintiff respectfully requests that the Court permit the parties to file a joint status report on or before November 3, 2025, or, if the government shutdown continues, to permit Plaintiff to file a plaintiff status report on that date.

Dated: October 10, 2025                  Respectfully submitted,

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
Jessica Jensen

                    D.C. Bar No. 1048305  
                    AMERICAN OVERSIGHT  
                    1030 15th Street NW, B255  
                    Washington, DC 20005  
                    (252) 359-7424  
                    elizabeth.haddix@americanoversight.org  
                    *Counsel for Plaintiff*