IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Case No. 25-cv-2263 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order on October 15, 2025, requesting that the Parties submit a joint status report within four days of government operations resuming to inform the Court of a new filing date for the Joint Status Report the Court ordered on September 17, 2025, the Parties state as follows:

1. Plaintiff filed its Complaint on July 16, 2025. ECF No. 1.

2. Defendants filed their Answer on September 17, 2025. ECF No. 8.

3. On September 17, 2025, the Court issued a Minute Order directing the Parties to meet and confer and file a Joint Status Report by October 2, 2025, addressing, among other issues: (1) the status of Plaintiff's FOIA requests; (2) the anticipated volume of responsive documents; (3) the anticipated dates for their release; and (4) whether Defendants anticipate filing a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

4. At the end of the day on September 30, 2025, the appropriations act funding the Department of Justice expired and those appropriations to the Department lapsed.

5. Pursuant to Standing Order No. 25-55, the Court found that the lapse in appropriations constituted good cause under Federal Rule of Civil Procedure 6 to extend deadlines and stay matters involving the United States, its agencies, officers, and employees.

6. On October 15, 2025, the Court issued a Minute Order directing the Parties to submit a joint status report within four days of the resumption of government operations to advise the Court of a new date for filing the Joint Status Report required by the September 17, 2025 Minute Order.

7. Government appropriations were restored on November 13, 2025.

8. In accordance with the Court's October 15, 2025 Minute Order, the Parties met and conferred by email and agreed on a new date for filing the Joint Status Report.

9. The Parties agree to file the Joint Status Report on or before December 2, 2025.

WHEREFORE, consistent with the Court's October 15, 2025 Minute Order, the Parties respectfully inform the Court that they will file the Joint Status Report on or before December 2, 2025.

Dated: November 17, 2025

Respectfully submitted,

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Kathryn Barragan*
Kathryn Barragan (DC Bar No. 90026294)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

Tel: (202) 598-7696
Email: Kathryn.e.barragan@usdoj.gov

*Counsel for Defendants*

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
Jessica Jensen
D.C. Bar No. 1048305
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*