IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　Defendants. | Case No. 25-cv-2263 (ACR) |

**JOINT STATUS REPORT**

　　This action concerns FOIA requests made by Plaintiff American Oversight to the U.S. Department of Health and Human Services (HHS), the Centers for Medicare and Medicaid Services (CMS), the U.S. Department of Labor (DOL), the U.S. Department of the Treasury (Treasury), the Internal Revenue Service (IRS), and the Consumer Financial Protection Bureau (CFPB). Plaintiff seeks records "sufficient to identify the names and titles of all individuals selected by your agency to serve on your agency's DOGE team" from January 20, 2025, through the date the search for responsive records is conducted. ECF No. 1, ¶¶ 77, 88. Pursuant to the Court's October 15, 2025 Minute Order, the parties have conferred about a proposed schedule for proceeding in this matter, and jointly state as follows.

**Status of FOIA Requests**

　　All Defendants have completed their responses to Plaintiff's FOIA request. HHS issued final responses and produced responsive records on September 8, 2025. CFPB issued final responses and produced responsive records on September 9, 2025. DOL, Treasury, and IRS issued final responses and produced responsive records on September 17, 2025. Plaintiff has reviewed

1

the records provided by these agencies and currently confirms that no issues have been identified with these responses.

On September 12, 2025, CMS provided a response stating that, following a search, CMS was unable to locate any responsive records. At Plaintiff's request, CMS confirmed the absence of responsive records is due to the fact that a DOGE Team was never established at CMS. In the context of ongoing settlement discussions, CMS has agreed to provide a supporting declaration concerning its response.

## Proposed Schedule

Given that all Defendants have submitted their final FOIA responses and the Parties are engaged in active settlement discussions, the Parties are hopeful that this matter can be resolved without further Court involvement. The Parties propose to submit another JSR by 45 days from this filing, on or before January 15, 2026.[1]

Dated: December 2, 2025         Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Kathryn Barragan*
Kathryn Barragan (DC Bar No. 90026294)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 598-7696
Email: Kathryn.e.barragan@usdoj.gov

---

[1] The parties do not currently anticipate the necessity of an *Open America* stay or a *Vaughn* index.

2

*Counsel for Defendants*

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
Jessica Jensen
D.C. Bar No. 1048305
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*